Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "Tori Black Is Pretty Filthy," Copyright Reg. No. PA0001670805

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.49.46.188 | 2012-01-31 08:59:57 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 2 | 108.7.202.179 | 2012-02-20 01:50:41 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 3 | 173.48.162.230 | 2012-03-10 14:51:16 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 4 | 173.76.3.82 | 2012-03-24 22:47:48 -0400 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 5 | 174.62.198.168 | 2012-02-10 16:24:13 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 6 | 174.63.26.211 | 2012-03-12 07:30:24 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 7 | 24.107.233.70 | 2012-02-29 13:21:26 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 8 | 24.177.52.141 | 2012-03-04 21:12:40 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 9 | 24.218.222.124 | 2012-02-03 07:01:16 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 10 | 24.34.152.49 | 2012-03-04 19:34:06 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 11 | 24.34.204.94 | 2012-02-20 07:15:58 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 12 | 24.60.153.197 | 2012-02-25 01:41:37 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 13 | 24.61.116.152 | 2012-02-05 21:12:21 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 14 | 24.61.33.250 | 2012-03-09 01:45:26 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 15 | 24.91.14.64 | 2012-02-20 17:37:30 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 16 | 66.30.235.111 | 2012-01-29 15:28:35 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 17 | 66.31.181.107 | 2012-03-23 11:58:29 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 18 | 66.31.232.156 | 2012-02-23 19:36:46 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 19 | 66.31.43.131 | 2012-02-24 00:10:53 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 20 | 67.252.38.79 | 2012-02-20 19:27:04 -0500 | Road Runner | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 21 | 71.174.254.193 | 2012-03-24 01:50:41 -0400 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 22 | 71.192.182.77 | 2012-02-16 17:10:53 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 23 | 71.192.29.77 | 2012-03-21 09:33:13 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 24 | 76.118.48.16 | 2012-03-22 11:10:28 -0400 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 25 | 76.118.90.25 | 2012-02-16 11:03:18 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 26 | 96.252.65.52 | 2012-03-11 22:48:25 -0400 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 27 | 96.252.72.22 | 2012-02-03 13:12:11 -0500 | Verizon Internet Services | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |

| Doe 28 | 96.39.125.2   | 2012-02-24 22:42:34 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 29 | 97.80.121.111 | 2012-03-10 14:57:42 -0500 | CHARTER COMMUNICATIONS | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |
| Doe 30 | 98.229.210.62 | 2012-02-07 16:47:33 -0500 | Comcast Cable | BitTorrent | d2777123595bc0c22340dbfc7a608c986b73d287 |